ORIGINAL

Ashley T. Parrish
State Bar No.15536850
Stephen C. Reid, III
State Bar No. 16747750
CANTEY & HANGER
1999 Bryan Street, Suite 3330
Dallas, Texas 75201
(214) 978-4100
(214) 978-4150 (Telecopy)

ATTORNEYS FOR THE DEFENDANT

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 23 2000
NANCY DOHERTY, CLERK
By ______
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HUITT-ZOLLARS, INC., | § | |
| | § | |
| Plaintiff, | § | 3-00CV-0647P |
| | § | |
| vs. | § | CIVIL ACTION NO. ______ |
| | § | |
| THE BOYER COMPANY, L.C., | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant The Boyer Company, L.C. ("Boyer") hereby removes to this Court the state action described below.

1. On or about February 14, 2000, an Original Petition ("Petition") entitled *Huitt-Zollars, Inc. v. The Boyer Company, L.C.*, bearing Cause No. CC-00-01780-C, was filed in the County Court

of Dallas County at Law No. 3, Dallas County, Texas, and is currently pending in such court. A true and correct copy of the Petition is attached hereto as Exhibit 2 and incorporated herein by reference.

2. On or about February 29, 2000, a copy of the Petition was served upon the Secretary of State for the State of Texas as an agent of Boyer for service of process. On or about March 3, 2000, the Secretary of State sent, by certified mail, a copy of the Petition to Boyer. Boyer actually received a copy of the Petition on or about March 6, 2000. A true and correct copy of the Citation and Return of Service are attached hereto as Exhibits 3 and 7 and incorporated herein by reference.

3. This Notice of Removal is filed within 30 days of the receipt of the Petition by service or otherwise. 28 U.S.C. § 1446(b).

4. The above-entitled action is properly removable to this Court because the parties herein are presently of diverse citizenship, and were of diverse citizenship at the time of the filing of the Petition in state court. 28 U.S.C. §§ 1332, 1441(a). Upon information and belief, Plaintiff Huitt-Zollars, Inc. is, and at all times relevant to this action has been, a Texas corporation with its principal place of business in Dallas County, Texas. [Petition at ¶ 2.] Boyer is, and at all times relevant to this action has been, a Utah limited liability company with its principal place of business in Salt Lake County, Utah. [Petition at ¶ 2.]

5. The Petition alleges breach of contract and *quantum meruit* damages of approximately $112,818.79. Therefore, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. The removal of this action from state court is not prohibited by 28 U.S.C. § 1445.

DATED this 23rd day of March, 2000.

Respectfully submitted,

**CANTEY & HANGER, L.L.P.**

By______________________________

**Ashley T. Parrish**
State Bar No. 15536850
**Stephen C. Reid, III**
State Bar No. 16747750

1999 Bryan Street, Suite 3330
Dallas, Texas 75201
Phone: (214) 978-4100
FAX: (214) 978-4150

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of March, 2000, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be served, via U.S. Certified Mail, Return Receipt Requested, on the following counsel.

William A. Smith
SMITH & ULOTH, P.C.
3131 McKinney Ave., Suite 400
Dallas, Texas 75204

Stephen C. Reid, III