U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 5 2001
CLERK, U.S. DISTRICT COURT
By ______ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HUITT-ZOLLARS, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:CV-00-0647-BC** |
| | § | |
| **THE BOYER COMPANY, L.C.,** | § | |
| | § | |
| **Defendant.** | § | |

ENTERED ON DOCKET
JAN - 8 2001
U S DISTRICT CLERK'S OFFICE

**AGREED ORDER OF DISMISSAL**

On this day came on to be heard the *Stipulation of Dismissal*, and the Court having reviewed the pleadings on file, finds that it is well taken. It is, therefore,

ORDERED that the claims of the parties in the above entitled and numbered cause which have been brought, or which could have been brought, are dismissed with prejudice to the refiling of same or any part thereof; it is

FURTHER ORDERED that each party shall bear their own attorneys fees and that all costs of court be taxed against the party incurring same.

**SO ORDERED**. January 5th, 2001.

Jane J. Boyle
United States Magistrate Judge

19

William A. Smith
State Bar No. 18701600
SMITH & ULOTH, P.C.
3131 McKinney Avenue,
Suite 400
Dallas, Texas 75204-7460
(214) 969-0909
(214) 969-5588 (Telecopier)
ATTORNEYS FOR HUITT-ZOLLARS, INC.

David C. Reymann
Parr Waddoups Brown Gee & Loveless
185 South State Street
Salt Lake City, Utah 84111
(801) 532-7840
(801) 532-7750 (Telecopier)
ATTORNEYS FOR THE BOYER COMPANY, L.C.